IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHERRY SIDMAN,** | : | No. 3:14cv2292 |
| **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| v. | : | |
| | : | |
| **SAJE BUILDS, LLC and EZCADI DESIGNS, LLC, a/k/a EZCADI FURNITURE DESIGNS, LLC,** | : | |
| **Defendants** | : | |
| **EZCADI DESIGNS, LLC, a/k/a EZCADI FURNITURE DESIGNS, LLC,** | : | |
| **Third-Party Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **ALAN AMERAL and COACHLIGHT CONSTRUCTION INC. a/k/a COACH LIGHT CONSTRUCTION,** | : | |
| **Third-Party Defendants** | : | |

## ORDER

**AND NOW**, to wit, this 12th day of January 2018, defendants' motion for summary judgment (Doc. 109) is **HEREBY GRANTED**. The Clerk of Court is directed to enter judgment in favor of the third-party defendants and against the third-party plaintiff.

**BY THE COURT:**

 s/ James M. Munley
**JUDGE JAMES M. MUNLEY
United States District Court**